FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0316

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0316

_____

THREE BLIND MICE,

     Plaintiff and Appellee,

  v.

LARRY W. PRICE, JR.,                       O R D E R

     Defendant and Appellee,

P&H TRUCKING, LLC and MY COMPANY, LLC,

     Intervenors and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020